IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-454-BO-BM

BRITTANY MONET BAINES, )
)
Plaintiff, )
)
v. )          O R D E R
)
EQUIFAX, INC., EXPERIAN )
INFORMATION SOLUTIONS, INC., and )
TRANSUNION, )
)
Defendants. )

This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Brian S. Meyers. [DE 37]. Magistrate Judge Meyers has recommended that defendant Equifax's motion to dismiss be denied without prejudice, that plaintiff be permitted leave to amend her complaint, and that plaintiff's motions for entry of default be denied.

## DISCUSSION

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection.'" *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). "[W]hen reviewing pro se objections to a magistrate's recommendation, district courts must review de novo any articulated grounds to which the litigant appears to take

issue." *Elijah v. Dunbar*, 66 F.4th 454, 460–61 (4th Cir. 2023). Where no specific objections have been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

No party has objected to the M&R. The Court has reviewed the M&R for clear error and finds none. The M&R is adopted in full.

### CONCLUSION

For the foregoing reasons, the M&R [DE 37] is ADOPTED in full as the Court's own. Equifax's motion to dismiss, or in the alternative motion for more definite statement [DE 12], is DENIED WITHOUT PREJUDICE as MOOT. Plaintiff is permitted leave to file a consolidated, amended complaint within fourteen (14) days of the entry of this order. Plaintiff's amended complaint shall contain a short and plain statement of all of her claims, supported by simple, concise, and direct allegations. Plaintiff's amended complaint shall supersede all previous complaints, notices, or other filings intended to represent an amended complaint. Failure to comply with this order by filing an amended complaint in accordance with the foregoing within fourteen (14) days of the date of entry of this order shall result in dismissal of plaintiff's complaint with prejudice.

Plaintiff's motions for entry of default [DE 17]; [DE 27] are DENIED.

SO ORDERED, this **17** day of March 2026.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2