330441899v1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| **BRITTANY MONET BAINES,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC. et al.,**<br><br>**Defendants.** | **Case No. 5:25-CV-00454-BO-BM** |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

NOW COMES Joshua Davey, pursuant to Local Civil Rule 5.2(e), and respectfully moves to withdraw as counsel of record for Defendant Experian Information Solutions, Inc. ("Experian") (the "Motion"). In support of this Motion, the undersigned counsel states as follows:

1.      An action was filed on July 29, 2025 in the Eastern District of North Carolina.

2.      On May 19, 2026, Joshua Davey entered his appearance for Experian.

3.      Experian has retained new counsel, Caren D. Enloe of the law firm of Smith Debnam Narron Drake Saintsing & Myers, LLP ("Smith Debnam") to represent them in this matter.

4.      On June 3, 2026, Caren D. Enloe filed her Notice of Appearance. Dkt. 54.

5.      Therefore, Joshua Davey requests that he be permitted to withdraw.

6.      Good cause exists for granting the motion.

7.      No parties will be prejudiced, and the withdrawal will not cause any delay in the proceedings as Ms. Enloe will remain as counsel of record.

8.      In compliance with Local Civil Rule 5.2(e), Experian shows as follows:

    a.  Experian's last known address is as follows:

1

Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626

b.  ==The procedural posture of the case is that Experian has filed an Answer to the Amended Complaint on April 29, 2026.  There is no scheduling order in this case and no deadlines have been set. Therefore, this Motion will not impact any current case deadlines.==

c.  Experian consents to this motion.

WHEREFORE, the undersigned respectfully request that, for good cause shown, this Court issue an order permitting Joshua Davey's withdrawal as counsel of record for Experian.

Dated: June 10, 2026                           Respectfully submitted,


                                               */s/ Joshua D. Davey*_____
                                               Joshua D. Davey (N.C. Bar No. 35246)
                                               TROUTMAN PEPPER LOCKE LLP
                                               301 South College Street, 34th Floor
                                               Charlotte, NC 28202
                                               Telephone: (704) 916-1503
                                               Email: Joshua.davey@troutman.com

                                               *Counsel for Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**
I hereby certify that on June 10, 2026, the foregoing was filed with the court via the Clerk of the Court using the CM/ECF system, and sent, via U.S. Mail to:

Brittany Monet Baines
505 Haverford Court
Fayetteville, NC 28314

*Pro se plaintiff*

/s/ Joshua D. Davey
Joshua D. Davey

*Counsel for Experian Information Solutions, Inc.*

3

330441899v1

Case 5:25-cv-00454-BO-BM    Document 55    Filed 06/10/26    Page 3 of 3