# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

BRITTANY MONET BAINES,

        Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. et al.,

        Defendants.

Case No. 5:25-CV-00454-BO-BM

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having reviewed, attorney Joshua Davey's motion to withdraw as counsel of record for Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned litigation (the "Motion"), this Court finds that there is good cause for the Motion, as Experian has consented to the Motion, Experian will remain represented by counsel, and withdrawal will not cause prejudice or delay to any party.

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel is **GRANTED**.

Mr. Davey is hereby terminated as counsel in this proceeding.

DATED: 6-12-26

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE