IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-454-BO-BM

| | | |
|---|---|---|
| BRITTANY MONET BAINES,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC,<br><br>Defendants. | ) | ORDER |

This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Brian S. Meyers. [DE 57]. Magistrate Judge Meyers has recommended that defendant Transunion's motion to dismiss [DE 30] be denied as moot without prejudice. *Id.* No party has filed an objection to the memorandum and recommendation (M&R), and the time for doing so has expired.

DISCUSSION

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). Where no specific objections have been filed, the court reviews for clear error

only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

As no party has objected to the M&R, the Court has reviewed it for clear error and finds none. The M&R is adopted in full.

CONCLUSION

For the foregoing reasons, the M&R [DE 57] is ADOPTED in full as the Court's own. Transunion's motion to dismiss [DE 30] is DENIED WITHOUT PREJUDICE as MOOT.

SO ORDERED, this 22 day of September 2026.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE